UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  EP:26-M -00979(1)-RFC |
| | § | |
| (1) KRISTIAN DANIEL MOLINA-LOPEZ | § | |

### JUDGMENT OF ACQUITTAL

Defendant, (1) KRISTIAN DANIEL MOLINA-LOPEZ, was found not guilty at a bench trial.  **IT IS ORDERED, ADJUDGED AND DECREED** that Defendant, (1) KRISTIAN DANIEL MOLINA-LOPEZ, is acquitted, discharged and any bond exonerated.

**SIGNED AND ENTERED** 29th day of May, 2026.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE